Case No. 24-3120

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**ORDER**

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

CHRISTOPHER UGOCHUKWU

    Defendant - Appellant

This appeal being duplicative of Case No. 24-3087, it is hereby **DISMISSED**.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: February 16, 2024