## United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 02/16/2024.

**Case Name:**   USA v. Christopher Ugochukwu
**Case Number:**   24-3120

**Docket Text:**
ORDER filed to dismiss as a duplicate appeal of case number 24-3087. 6th Cir. R. 45(a)(8). No mandate to issue.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Christopher Ugochukwu
F.C.I. Victorville - Medium I
P.O. Box 3725
Adelanto, CA 92301

**A copy of this notice will be issued to:**

Mr. Jason D. Manion
Ms. Sandy Opacich